No. 71–6434. SMITH v. WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 71–6439. FRAGOSO-GASTELLUM v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ■■■■■■■

No. 71–6440. MEADOR v. UNITED STATES. C. A. 10th Cir. Certiorari denied. ■■■■■■■

No. 71–6444. DEBORDE v. PINNOCK. Sup. Ct. Wash. Certiorari denied.

No. 71–6447. FOOTE v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 71–6452. ECKERT v. CITY OF PHILADELPHIA, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 71–6453. GORDON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ■■■■■■■

No. 71–6456. WILLIAMS v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. ■■■■■■■

No. 71–6463. ROY v. MANCHESTER GAS CO. C. A. 1st Cir. Certiorari denied.

No. 71–6469. BRYANT v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 71–6470. JOHNSON v. HENDERSON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 71–6471. CURTIS v. TWOMEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 71–6472. ALLEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ■■■■■■■

No. 71–6473. ZILKO v. OREGON. Sup. Ct. Ore. Certiorari denied.